IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JAMES AARON COOPER, III

    Plaintiff,

v.                                       CIVIL ACTION NO. 2:12-cv-00650

MOUNT OLIVE CORRECTIONAL COMPLEX, et al.,

    Defendants.

## ORDER

This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and has recommended that the court **DISMISS** the plaintiff's complaint [Docket 2] without prejudice for failure to prosecute and **DENY**, without prejudice, the plaintiff's Application to Proceed without Prepayment of Fees and Costs [Docket 1]. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

As the parties have not filed objections in this case, the court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and orders judgment consistent with the findings and recommendations. The court **DISMISSES** the plaintiff's complaint [Docket 2] without prejudice, and **DENIES**, without prejudice, the plaintiff's Application to Proceed Without Prepayment of Fees and Costs [Docket 1]. The court **DIRECTS** this action to be removed from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   August 22, 2012

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE